UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PACE INDUSTRY UNION-MANAGEMENT )
PENSION FUND, ET AL. )
)
v. ) NO. 3:10-1031
) JUDGE SHARP
BERLIN & JONES, CO., LLC. )

## ORDER

In the Initial Case Management Order entered May 2, 2011, the Magistrate Judge set a target date of Tuesday, February 28, 2012, for the trial of this case. (Docket Entry No. 28).

Accordingly, this case is hereby scheduled for a nonjury trial on Tuesday, February 28, 2012, beginning at 9:00 a.m. The Final Pretrial Conference is hereby scheduled for Monday, February 6, 2012, at 1:00 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE